# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carl C., | Case No. 0:17-cv-03682-KMM |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy Berryhill, | |
| Defendant. | |

After disposition of his case at the district court level and the filing of a Notice of Appeal to the Eighth Circuit, counsel for Carl C. filed a notice of withdrawal as attorney. (ECF No. 31.) However, because counsel's withdrawal left Carl C. with no attorney and did not meet the requirements for notice under Local Rule 83.7 (a) or (b), this Court construed counsel's notice as a motion to withdraw and asked counsel to explain the reason for their motion. Counsel filed a letter clarifying that when they first began representing Carl C., they informed him that their representation would be limited to appealing his denial of social security benefits at the district court level only. (ECF No. 33.) Counsel also provided the Court with a copy of a letter sent to Carl C. upon counsel's withdrawal, confirming the end of their attorney-client relationship. (*Id.*)

If an attorney's withdrawal does not meet the requirements of Local Rule 83.7 (a) or (b), that attorney must move to withdraw and demonstrate good cause to do so. L.R. 83.7(c). The Court finds that Carl C's attorneys has demonstrated good cause. It is permissible for attorneys to limit the scope of representation where that representation is reasonable and the client has given informed consent. Minn. R. Prof. Conduct 1.2. Here, Counsel withdraws pursuant to a reasonable limitation of representation that was entered into pursuant to informed consent. This Court finds that enforcement of a reasonable representation agreement is good cause for withdrawal. **Accordingly, it is hereby ordered that Counsel's Notice of Withdrawal (ECF No. 31) is GRANTED.**

Finally, the Court notes that Carl C's counsel agreed to represent him as part of the district court's Pro Se Project. The Court appreciates counsel's service to the Court and to Carl C.

Date: November 7, 2018

                                                   *s/Katherine Menendez*
                                                   Katherine Menendez
                                                   United States Magistrate Judge